# EXHIBIT "B"

| PAYOFF FUNDS PANEL | | 614 | 2/06/2020  5:02:57 PM ET | PFSP576 |
|---|---|---|---|---|
| Account Number | | Name JOHNNY PHAN | | |

**Funds Detail Information**

| | | Escrow/Impound Required | |
|---|---|---|---|
| Principal | 375887.46 | ESCROW ADVANCED | 11364.68 |
| Interest  From  06/15/17 | | | |
| To  02/06/20 | 57690.87 | | |
| Prepayment Penalty Interest | 0.00 | | |
| Escrow/Impound Required | 11364.68 | | |
| FHA Premium Due HUD | 0.00 | | |
| Optional Insurance | 0.00 | | |
| Late Charges Due | 0.00 | **Interest Calculations** | |
| P&I Advance | 0.00 | Rate    From    To/Thru    Int Due | |
| Deferred Amounts | 0.00 | 5.885 06/15/17 01/15/20  56394.74 | |
| Fees Assessed with Payoff Quote | 0.00 | 5.885 01/15/20 02/06/20   1296.13 | |

**Interest Calculations**

| | | |
|---|---|---|
| Fees Required with Payoff Funds | 0.00 | |
| Fees Currently Assessed | 2106.25 | **Per Diem/Expiration Information** |
| Buyer Assistance | 0.00 | After 02/05/20      Add       58.9151 |

**Funds to be Credited**

| | | |
|---|---|---|
| | | FOR INTEREST PER DAY |
| Less Escrow/Impound Funds | 0.00 | Quote Expires                02/06/20 |
| Less Unapplied Funds | 113.08 | Financed Cov Rebate Good Until 00/00/00 |
| Less Buydown Funds | 0.00 | After 02/05/20      Add        0.0000 |
| Less Financed Cov Rebate Funds | 0.00 | FOR SIMPLE INSURANCE PER DAY |
| Less SAC Amounts Paid | 0.00 | |
| Less Remaining PRA | 0.00 | |
| Less Early Refunds | 0.00 | |
| Payoff Funds Required | 446936.18 | |

**Funds Retained**

| | |
|---|---|
| Escrow/Impound Funds | 0.00 |
| Unapplied Funds | 0.00 |
| Buydown Funds | 0.00 |

Message:  CLICK RETURN TO EXIT                    OK

**BKR/POST/SINGLE**              614        2/06/2020  5:01:38 PM ET      PFSP872

Account: ▇▇▇▇▇▇   State: CA   District:      Division: SANTA ANA   Case: 18-12797

POC Nbr: 01- 02

**Bankruptcy Information**

Debtor: JOHNNY PHAN

Bkr Chapter: 13  Seeking Relief: Y  Date: 11/23/19

**Contractual Information**

Warn: 0  Lock: 0  Stop1: 0  Stop2: 1  Stop3: 3

Paid to Date: 06/15/17    Next Due: 07/15/17

Pending Pmt Changes:       Escrow: N  Rate: N

**Pre-Petition Plan**

Status/Date: COMPLETE        08/29/19

Payment Due: 08/01/21  Amt:         26.59

Suspense Balance:                    0.00

Shortfall %:  40.01  Balance:      -638.36

Frequency: MONTHLY    Source: TRUSTEE

Term: From: 08/01/18    To:    07/01/23

Plan Balance:                        0.00

Pmts: Total:  60  Unpaid:  24  Delq:  0

**Post Petition Plan**

Pmt Due: 10/15/19   Amt:         2518.16

Suspense Balance:                  113.08

Shortfall Balance:                -113.08

Freq: MONTHLY      Source: BORROWER

**Post Petition Delinquency**

Delinquency Status: POST-PETN DELQ

Delq Pmts:    4  Balance:          0.00

Agreed Order: Term: 00/00/00 To: 00/00/00

AO Next Due:   00/00/00            0.00

AO Suspense Balance:               0.00

AO Shortfall Balance:              0.00

**Partial Payment**  Partial Payment Loan?  N

Shortage:           0.00     Code:

RECEIVED        0.00  Date: 00/00/00

Suspense Adjust Partial Payment?     Y

**Posting**   Effective Date: 02/06/20   LC Date: 02/06/20   **Bkr Post Reverse**

Pre-Petn: N  Nbr Pmts:    Post Petn: N  Nbr Pmts:    Amt:       0.00  Ref No SG1PQ4NPTRK8

Pre-Petition payments from previous servicer:     0.00

Ovride: 0

Message:  UPDATE COMPLETED                        OK